ARAM AJAMIAN, PLAINTIFF-APPELLANT, AND BERTHA HOFFMAN, PLAINTIFF, v. THE TOWNSHIP OF NORTH BERGEN AND MILTON J. MUSS, DEFENDANTS-RE-SPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued September 23, 1969—Decided October 2, 1969.

Before Judges KILKENNY, LABRECQUE and LEONARD.

Mr. *Aram Ajamian* argued the cause for appellant *pro se*.

Mr. *Nicholas S. Schloeder* argued the cause for respondents.

PER CURIAM.    The judgment is affirmed essentially for the reasons stated by Judge Lynch.